R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2006–7327.

United States Court of Appeals, Federal Circuit.

Dec. 22, 2006.

ON MOTION

*ORDER*

Upon consideration of Floyd O. Britting's unopposed motion to voluntarily dismiss his appeal in *Britting v. Nicholson,* 04–1585 (Vet.App.),

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs

Terry E. MARTIN, Claimant–Appellant,

v.

R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2006–7372.

United States Court of Appeals, Federal Circuit.

Dec. 22, 2006.

ON MOTION

*ORDER*

Upon consideration of Terry E. Martin's unopposed motion to voluntarily dismiss his appeal in *Martin v. Nicholson,* 04–1537 (Vet.App.),

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs

Harold Robert PILLEY, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2007–5024.

United States Court of Appeals, Federal Circuit.

Dec. 22, 2006.

Harold Robert Pilley, pro se.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).